IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.M., | : |
|     Petitioner | : |
|       v. | : Case No. 3:24-cv-255-KAP |
| LEONARD ODDO, WARDEN, | : |
| MOSHANNON VALLEY PROCESSING | : |
| CENTER, *et al.*, | : |
|     Respondents | : |

<u>Rule and Order</u>

    Petitioner, an inmate at the Moshannon Valley Processing Center, submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241, ECF no. 1. Petitioner's Motion for Leave to Proceed Under Pseudonym Using Only Petitioner's Initials, ECF no. 4, is granted. Petitioner does not seek to proceed *in forma pauperis*. Whether petitioner moves for service by the Marshal or counsel indicates that they will make service of the petition, a Rule and Order requiring a response is still necessary. Either counsel or the Marshal shall serve a copy of this Rule and Order with the petition:

    Within sixty days of service, respondent, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

    So that I know whether I am writing an opinion or a recommendation, all parties need to return the consent form (enclosed for *pro se* petitioners, on the court's website (see below) for counsel) to the Clerk, not to me.

https://www.pawd.uscourts.gov/sites/pawd/files/forms/Consent_to_Proceed.pdf

DATE: October 28, 2024

                                      Keith A. Pesto,
                                      United States Magistrate Judge

Notice by ECF to counsel of record